## R. W. Cram, Appellee, v. John Frank, Appellant.

### Gen. No. 45,586. ▮

Querrey & Harrow, for appellant; John T. Kennedy, and Joseph Harrow, of counsel; no appearance for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.